# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-50468
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 22, 2014

Lyle W. Cayce
Clerk

ETHAN BOOK, JR.,

Plaintiff–Appellant,

versus

ROBERT MENDOZA; CLINT INDEPENDENT SCHOOL DISTRICT,

,

Defendants–Appellees.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:11-CV-481

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

Ethan Book, Jr., *pro se*, sued a Texas school district and its acting

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-50468

interim superintendent. His grievance is essentially that the district should not have allowed his children to attend school there and that his wife should be forced to return the children to Connecticut. In his brief on appeal, Book states that "[t]his lawsuit arises in a situation of a yet unaddressed long-term political cancer in Connecticut state government."

The district court declined Book's motion to proceed *in forma pauperis* and entered summary judgment for defendants. The court correctly decided that Book had sufficient income and assets to pay the required fees. The court also observed that "Plaintiff's Civil Rights Complaint consists of a twenty-four page tirade against the Connecticut state government and a recitation of Plaintiff's crusade to rein in corruption in that state by filing numerous law suits."

There is no error. The summary judgment is AFFIRMED.